**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Justino TLATELPA–CALIXTO,
Defendant–Appellant.**

No. 06–10590
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 2007.

Juan Carlos Rodriguez, U.S. District Court, Dallas, TX, for Plaintiff-Appellee.

Carlos R. Cardona, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant-Appellant.

Before REAVLEY, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Justino Tlatelpa–Calixto raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Luis RIOS–CASIO, Defendant–Appellant.**

No. 06–10594
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 2007.

Sarah Ruth Saldana, U.S. Attorney's Office, Dallas, TX, for Plaintiff-Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Dallas, TX, for Defendant-Appellant.

Before REAVLEY, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Luis Rios–Casio raises arguments that are foreclosed by *Almendarez–*

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C.' § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee,

v.

Walter Alberto MEJIA–RUIZ, Defendant–Appellant.

No. 06–10639

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 7, 2007.

Paul E. Gartner, Jr., U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Walter Alberto Mejia–Ruiz raises arguments that are foreclosed by *Almen-*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

---

*darez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense, and by *United States v. Alonzo*, 435 F.3d 551, 554 (5th Cir.2006), which held that a sentence within a properly calculated Guideline range is presumptively reasonable. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee,

v.

Nicolas SANCHEZ–GARCIA, Defendant–Appellant.

No. 06–10699

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 7, 2007.

Sarah Ruth Saldana, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and BENAVIDES, Circuit Judges.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.